# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BILLY F. ANDERSON,  
Plaintiff

Case No. 1:09-cv-798  
Barrett, J.  
Hogan, M.J.

vs

COUNTY OF HAMILTON, et al.,  
Defendants.

**REPORT AND RECOMMENDATION**

This matter is before the Court on plaintiff's motion for temporary restraining order. (Doc. 58).

Plaintiff seeks a temporary restraining order "prohibiting the transfer of any and all known and unknown assets, real and personal, of Julia Stautberg until this case is concluded." (Doc. 58 at 1).

On June 4, 2010, the Court adopted the Report and Recommendation of the undersigned Magistrate Judge and granted defendant Stautberg's motion to dismiss on the basis of absolute judicial immunity. (Doc. 60). Accordingly, plaintiff's motion for temporary restraining order should be denied as moot.

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion for temporary restraining order (Doc. 58) be **DENIED** as moot.

Date: 6/4/10

Timothy S. Hogan  
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY F. ANDERSON,
Plaintiff

Case No. 1:09-cv-798
Barrett, J.
Hogan, M.J.

vs

COUNTY OF HAMILTON, et al.,
Defendants

### NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☒ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Billy F Anderson<br>PO Box 14642<br>Cinti, OH 45250 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0000 8389 8367 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

1:09cv788 (Doc. 62)