# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Billy F. Anderson,

     Plaintiff,

          v.                              Case No.  1:09cv798

County of Hamilton, *et al.*,                Judge Michael R. Barrett

     Defendants.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendations filed by the Magistrate Judge on June 7, 2010 (Doc. 62) and June 8, 2010 (Doc. 64).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendations of the Magistrate Judge are hereby **ADOPTED.**  Plaintiff's Motion for Temporary Restraining Order (Doc. 58) is **DENIED** as moot; Defendant Coleman's Motion to Dismiss (Doc. 41), Defendant Caster's Motion to Dismiss (Doc. 42), and Defendant Haynes' Motion for Judgment on the Pleadings (Doc. 50) are **GRANTED**.  The federal claims against Defendants Haynes, Caster and Coleman are **DISMISSED** with prejudice and the state

claims against Defendants Haynes, Caster and Coleman are **DISMISSED** without prejudice for lack of jurisdiction.

      **IT IS SO ORDERED.**

                                *S/Michael R. Barrett*
                                Michael R. Barrett
                                United States District Judge